**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Neville A. HUTCHINSON,**
**Defendant–Appellant.**

**No. 06–7804.**

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2007.

Decided: April 4, 2007.

Neville A. Hutchinson, Appellant Pro Se. Thomas More Hollenhorst, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Neville A. Hutchinson seeks to appeal the district court's denial of several incomprehensible pleadings construed by the court as post-judgment motions in Hutchinson's 28 U.S.C. § 2255 (2000) proceeding. By failing to challenge the district court's characterization of his pleadings or the grounds for denying relief, Hutchinson has waived appellate review of the district court's order. *See* 4th Cir. R. 34(b) ("The Court will limit its review to the issues raised in the informal brief."). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*